Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

From: John Marques
1905 Avonia Drive
Grapevine, TX. 76051


October 28, 2022


UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
JUDGE: KANDIS A. WESTMORE: U. S. MAGISTRATE JUDGE (a.k.a.) Kandis A. Westmore;
CLERK OF THE U. S. DISTRICT COURT: MARK B. BUSBY (a.k.a.) Mark B. Busby.


Ref: Fraud and violations of the Constitution of the UNITED STATES, INC., violations of the Titles of the United States Codes, Statutes, Regulations, Violation of State Public Office, etc.

**This letter/communication has nothing to do with the case: _SEC v. Marques el., 21-cv-09796-JST (N.D. Cal), which, as you know, is in "default" and is over, i. e. res judicata._**

I am sending this letter to the parties mentioned in the communication, because of the fraudulent activity, perpetrated by this Court/all Courts and the Judges, Prosecutors, Clerks of the Court, attorneys, i. e. members of the BAR _(**British Accreditation Registry**),_ and employees of the courts, i. e. the entire judicial-system. _**As you read throughout this document, you will understand the purpose, i. e. what I intend to do with this information.**_


## FEDERAL OR STATE PUBLIC OFFICE

[All bold, italic and highlight, is mine]

**Judge Kandis A. Westmore and**
**Clerk of the Court: Mark B. Busby:**

Judge Westmore and Mr. Busby, Clerk; your first response to the following may be to disregard the following, and that would not be a prudent response. You, because of your position as the Judge and Clerk of the Court, having knowledge of the following, you are all guilty, in your capacities as judge and Clerk of the Court, for having knowledge and not correcting the frauds

that have and continue to perpetrate on the unsuspecting people of our country, i. e. the United States of America.

I am sending this request for information/answers to the following:

I, John Marques, please, understand that anything and everything that I am stating in this letter, in no way admits that I have any responsibility, i. e. no joinder of the parties, meaning, I am not joining with "You," Judge, Kandis A. Westmore, in "any" alleged-judicial-action-of-this-or-any-other-court.

Now, to the real issue. I'm going to share some of the "applicable" laws, codes, etc., with you, which I already believe that you are quite aware of, and that is one of the problems, and you are subject to compliance *(ADMINISTRATIVE PROCEDURE ACT a federal act: 1946, (A.P.A.))* with my requests/questions, and then I'm going to make statements, i. e. in question form, and, according to the law, i. e. the established procedure (the A.P.A.), that you are required to follow. Your silence in this matter, will create a **"default,"** and, of course, as you know, we would have a res judicata, i. e. it's over. I will state many of the codes of the applicable-law, that you have and are continuing to violate, making **VOID ALL OF YOUR JUDGMENTS.**

### Judge

In order not to waste your time or mine and to prevent any confusion, misunderstanding, ultra vires or criminal acts / actions on your part, or by any F. T. C. employee(s) or agent(s), or Officers of the court, and so that we may be assured we have all of the correct information and material Facts necessary for us to determine the lawful authority required for You and/or any F. T. B. employee or agent or Officers-of-the court and court-employees, acting under your or the Clerk-of-the-court-direction, to conduct any judicial-proceedings against any, unsuspecting, Defendants; the following questions [with answers] are herein provided by me, John Marques, in order to be established as material Facts and to be perfected into the Administrative Record by the agreement of the Parties, if that should become necessary.

Thank you for paying attention to the following:

## FEDERAL OR STATE PUBLIC OFFICES

## Judge Kandis A. Westmore and, Clerk-or-the-Court, Mark B. Busby, you are guilty of violating/participating in part of, if not all of, the following, i. e. the fraud and violations by your participation in perpetuation the following:

2

1----- **Those holding Federal or State Public office**, county or municipal office, under the…Legislative, Executive or Judicial branch, including Court-Officials, Judges, Prosecutors, Law Enforcement Department employees, Officers of the Court, and etc., before entering into these public offices, are required by the U. S. Constitution and statutory law to comply with Title 5 U.S.C., Sec. 3331, "Oath of office." State Officials are also required to meet this same obligation, according to State Constitutions and State statutory law. The State Corporations, are also sub-federal-corporations.

1-A----- *Is it true* that the constitutional-mandate, which is found at Article XX, Section 3 of the Constitution of the State of California (A. D. 1879, and which requires all officers (You), employees and agents of the State of California to take, subscribe, file and uphold both an **Oath of Fidelity** and **Oath of Office** *( are you in compliance with the above, #1)*; is a mandatory requirement for all persons who claim legal authority to act for, or on behalf of the STATE OF CALIRORNIA, or any of its agencies or political sub-divisions, and does this not also apply to federal-employees. *I feel quite sure that the general-public would like to become aware of this information, i. e. the above violations by your office, with your knowledge; wouldn't you be interested in knowing the above?* If no answer in rebuttal *(required to be in the form of an affidavit)* is provided, made under the penalty of perjury to be true, correct, completed and not misleading, then the Party(ies) (You), agree with the Answer: **Yes**

2----- **All oaths of office come under 22 CFR, Foreign Relations, Sections SS92.12 – 92.30, and all who hold public office come under Title 8 U.S.C., Section 1481 "Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumption."**

2-B----- Is it true thar it is a **mandatory requirement** of the common law of California [Civil Code, Sec. 22.2], also applies to federal employees, that all persons who claim the lawful authority of an office as a **public servant (elected or appointed)**, in the **state government of California**, a sub-federal-corporation, its agencies or political sub-divisions; must have a **personal-Fidelity / Performance / Surety Bond;** *(are you in compliance with the above #2)* in order to indemnify the American People and all others who are domiciled in the republic state of California from damages caused by ultra vires acts or actions on the part of said public servant, you. *I feel quite sure that the general-public would like to become aware of this information, i. e. the above violations by your office with your knowledge, wouldn't you be interested in the*

3

*above?* If no answer in rebuttal is provided, made under penalty of perjury to be true, correct, complete and not misleading, Party(ies) agree with the answer: **Yes.**

3-----**Under Title 22 U.S.C., Foreign Relations and Intercourse, Section, 611, a Public Official is considered a foreign-agent. In order to hold public office, the candidate must file a true and complete registration statement with the State Attorney General as a foreign principle.**

**3-C-----Is it true** that no man or woman in this country is so high that he or she is above the law; that no officer of the law may set that law a defiance with impunity; **all the officers of the government,** from the highest to the lowest, are creature of the law and are bound to obey it ***"(are you a foreign-agent ?),"*** and as a foreign-agent, do you have jurisdiction over any/all unsuspecting-Defendants, and does-not every man or woman who, by accepting office, participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives? **Have you filed a true and "complete" registration-statement with the State Attorney General as a "foreign-principle."** [I'll have to check to see if You have complied with the above]. **I feel quite sure that the general public would like to become aware of this information, i. e. the above violations by your office, with your knowledge, wouldn't you be interested in the above?** If no answer in rebuttal is provided, made under penalty of perjury to be true, correct, complete and not misleading, Party(ies) agree with the answer: **Yes.**

4-----**The Oath of Office requires the public official in his/her foreign state capacity to uphold the constitutional form of government or face consequences. In 1945 The United Nations was granted control of our Public Servants by Treaty without the Consent of the American People.**

**4-C-----Is it True** that the sovereignty of California resides in the people thereof, and all writs and **processes** shall issue **in their name, [i. e. the name of the sovereign**]; and the **style of all process** shall be **"The People of the State of California,"** (have you complied) and all **prosecutions shall be conducted in their name and by their authority? Questions: have you followed the proper-process, using the/John Marques's correct name, i.e. the name of a sovereign? Have you followed the correct "style of all process, i. e. in "The People of the State of California" and**

*has the prosecutions been conducted in their (my/John Marques) name and by their/John Marques's authority?*

*Have "You", as a public-official, in your foreign-state-capacity, upheld the constitutional form of government?* I feel quite sure that the general public would like to become aware of this information, i. e. the above violations by your office, with your knowledge, wouldn't you be interested in the above? If no answer in rebuttal is provided, made under penalty of perjury to be true, correct and complete, Party(ies) agree with the Answer: **Yes [Government Code Sec. 100]**.

5----49 Stat. 3097; Treaty Series 881 CONVENTION ON RIGHTS AND DUTIES OF STATES 1945 IOIA – That the International Organizations Act of December 29, 1945 (59 Stat. 669: Title 22, Sections 288 to 2886 U.S.C.) the U.S. relinquished every office; TITLE 8 > CHAPTER 12 > SUBCHAPTER I > Sec. 1101. The term "foreign state" includes outlying possessions of a foreign state, but self-governing dominions or territories under mandate or trusteeship shall be regarded as separate foreign states; 19 Corpus Juris Secundum, Sec. 883. [t]he United States government is a FOREIGN CORPORATION with respect to a state.

**5-D----Is it true** that You and all officers, employees and agents of the F.T.B.: STATE OF CALIFORNIA, and the federal government, are charged to know there is **no immunity**, judicial, governmental or otherwise, *for any governmental officer, employee and agent,* **who acts in bad faith, aids and abets fraud or commits any other crime under the color of law or color of office.** Questions: are you an officer/employee of a "United State", relinquished office, as stated above? Are you an officer/employee of a "foreign state", an outlying possession of a foreign state, i. e. that is regarded as a separate foreign state? Do you work for a "FOREIGN CORPORATION, with respect to a state, that is called/referred to as, the UNITED STATES GOVERNMENT? I feel quite sure that the general-public would like to become aware of this information, i. e. the above violations, by your office with your knowledge, wouldn't you be interested in the above? If no answer in rebuttal is provided, made under the penalty of perjury to be true, correct, complete and not misleading, Partiy(ies) agree with the Answer: **Yes.**

6-----All "public servants," officials, Congressmen, politicians, judges, attorneys, law enforcement officers, States and their various agencies, etc., are the express

*agents of these foreign principals – see: Foreign Agents Registration Act of 1938; 22 USC 286 et seq, 263A, 185G, 267J, 611(C) (ii) & (iii);…..Treasury Delegation -- 052714196 signifying a Corporation.*

**6-E----Is it true** that all judges, magistrates, court-officers, employees and practicing attorneys, including County and State Counsels, are imputed ***ipso jure (by the law itself; by the mere operation of law),*** to know the well-settled principle of American criminal jurisprudence, codified in the U.S.C. Title 18, Sec. 2, which states that: *"It removes all doubt that one who put in motion or assists in the illegal enterprise or causes the commission of an indispensable element of the offense by an innocent agent or instrumentality, is guilty as a principal even though he intentionally refrained from the direct act constituting the completed offense."? Are you not an express agent of these foreign principals?* **Are you subject to the Foreign Agents Registration Act of 1938?** *Under the Treasury Delegation—052714196, do you not work for a private corporation,* ***a foreign entity?*** *I feel quite sure that the general-public would like to become aware of this information, i. e. the above violations, by your office, with your knowledge, wouldn't you be interested in the above? If no answer in rebuttal is provided, under penalty of perjury to be true, correct, complete and not misleading, Party(ies) agree with the Answer: Yes*

*7-----The States are also Corporations. State of California-071549000.*

**7-F---Is it true** that the officers, employees and agents that work for the *F.T.B.: STATE OF CALIFORNIA,* are imputed *ipso jure,* to know that it is a **federal felony to engage in** *"scheme or artifice to defraud"*? Did You not know that; (i) a foreign-private-corporation cannot have, does not have, authority/jurisdiction, without an express-contract, with a sovereign-American; (ii) "You," nor any government agency, cannot coerce/intimidate a man/woman into being the surety for any fictitious entity; (iii) did You know that all of the "Notices," i. e. subpoenas, warrants, summons and writs, *that the S.E.C., COURTS, ALL GOVERNMENT-AGENCIES, sends to the unsuspecting people, i. e. men and women, uses the fictitious-name, i. e. the legal-fiction, of the man/woman that they are mailing the fraudulent-documents to, i. e. Tax Lien Notices and Balance Due Notices, Property Tax Notices, to appear in court, etc.? I feel quite sure that the general-public would like to become aware of this information, i. e. the above violation, by your office, with your knowledge, wouldn't you be interested in the above? If no answer in rebuttal is provided, under penalty of perjury to be true, correct complete and not misleading, Party(ies) agree: Yes.*

*8-----"It is a clearly established principle of law that* **an attorney must represent a corporation,** *it being* **incorporeal** *and a creature of the law. An*

6

*attorney representing an artificial entity must appear with the corporate charter and law in his hand. A person acting as an attorney for a foreign principal must be registered to act on the, Principal's-behalf." Foreign Agents Registration Act (22 USC sec. 612 et seq.); Victor Rabinowitzet. At. V. Robert F. Kennedy, 376 US 605. "Failure to file the "Foreign Agents Registrations Statement" goes directly to the jurisdiction and lack of standing to be before the court, and is a felony pursuant to 18 USC, sec. 219, 951. The conflict of law, interest and allegiance is obvious.*

8-G----Is it true that the all agencies of the **STATE OF CALIFORNIA, including federal-agency-** employees, officers and agents, are imputed *ipso jure,* to know that it is a **federal felony, pursuant to** *"The Hobbs Act",* to engage in *"extortion, which is defined as "obtaining of property from another,* with his consent, *induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right"? I feel quite sure that the general-public would like to become aware of this information, i. e. the above violations, by your office, with your knowledge, wouldn't you be interested in the above?* If no answer in rebuttal is provided, under penalty or perjury to be true, correct, complete and not misleading, Party(ies) agree with Answer: Yes.

9---Kandis A. Westmore, is this your legal name, or your birth-name or is this a fictitious-name that you have chosen, for protection, as you are continuing to commit fraud upon the "people" of this, the state of California and an American-National? Mark B. Busby, is this your legal name, or your birth-name or is this a fictitious-name that you have chosen, for protection, as you are continuing to commit fraud upon the "people" of this, the state of California and American-National.

10---As You see, I am/have used your name, in the proper-form, throughout this entire text. When You answer, and I assume that You will answer, i. e. it is required, as You see, "your" autograph is required, i. e. not a signature-stamp and not signed by one of your assistants. You are accepting the responsibility and liability for the above, i. e. your-actions, and for whatever follows this letter, i. e. in a follow-up procedure/process, if, and should it become necessary.

### The Administration Procedure Act

### (A.P.A.)

(a federal act of 1946)

Per the *"Administration Procedure Act,"* a federal act of 1946, your rebuttal/answers are required to be in the form of an *Affidavit,* signed under *your full-commercial-liability* and signed under the *penalty of perjury, notarized.*

7

## NO STATE LEGISLATOR OR EXECUTIVE OR JUDICIAL OFFICER CAN WAR AGAINST THE CONSTITUON

No federal or state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.

If necessary, and I decide to take this matter, i. e. You, for committing a fraud, to court, i. e. under a law-suit. I intend to subpoena the Attorney General for the STATE OF CALIFORNIA and the Attorney General of the UNITED STATES. If necessary, I will subpoena the necessary/required information from the SUPREME COURT for the STATE OF CALIFORNIA and the SUPREME COURT OF THE UNITED STATES. The above information is just for the purpose of letting you know what you may expect, in the process of bringing the above to fruition, i. e. exposing and correcting the fraud.

# The Fraud Trial

*I believe that the United States Attorney General would be interested in, i. e. being made aware of, these many "violations-of-the-law," and fraud that has been and are being perpetrated upon the American People. Actually, I believe that the U. S. A. G. is already aware of the "violations-of-the-law," but this exposed-information, may prompt him/her to take action to correct the matter. Think of the millions of people that have been coerced, violated, loss of freedom, loss of life, families destroyed, businesses destroyed and Constitutional-freedoms taken away, many years of incarceration, scorned by their community and falsely-prosecuted for a crime that they did not commit, all prosecutions by the prosecutors and judgments by the judges, are VOID! I believe that the Supreme Court of the United States, along with the Supreme Court of the State of California, would like to be confronted with this information. [I feel quite sure that, the "Media" would, like to be made aware of the fraud that has been and is being perpetrated on "the people."]*

*This information, being made public to the politicians and the media, will play well, fust before the upcoming elections. In addition to the above, I'm sure that the District Attorney's offices, throughout the "States," which I believe that they are aware of, would not welcome the above information of the fraud. SOMETHING TO THINK ABOUT!*

Fraud, defined as cheating or deceit. A common law cheat was/is one who, by false pretenses, false tokens, or intentionally false representations, induced someone else to part with his/her property or personal rights. In Ab initio, fraud is forever.

If you wish to rebut or respond to any of the above facts, you are required to:

1) Rebut in the form of an affidavit; a required Administrative Procedure Act requirement;
2) State that you have first-hand knowledge of your "facts," as stated;
3) Swear under the penalty of perjury that all of your statements are full, true, correct, complete and not misleading;

8

4) Sign with your autograph, sign under your-full-commercial-liability, "autographed-with-blue-wet-ink," [blue wet ink designates the ORIGINAL copy, in commerce];

5) In the event that you decide to rebut this document/statement of facts, you are required to rebut on a point-by-point basis by providing the **probative and substantive-evidence** for each point of your-rebuttal, by naming the above number of the points in this documents-of-facts, to coincide with each of your points/statements in your rebuttal; a general-rebuttal, i. e. blanket-coverage, is not permitted.

6) You are required to have your rebuttal, should you decide to rebut these statements/questions, back in the return address, as stated below, within twenty (30) days from the date of the date stamp on the envelope by the United States Postal Service, received by your or the authorized-party to receive your mail/service.

7) You ae required to deliver your rebuttal by the UNITED STATES POSTAL SERVICE. Please return your rebuttal back to the below stated, C/O address, by "Certified Mail." That will endure that I/we have received your rebuttal.

8) You are required to autograph (original) and have your affidavit-rebuttal, notarized.

As a "corporation," i. e. that is a fictitious-entity, cannot speak, think, make decisions, a natural-person is needed to conduct the "business" for the corporation" and that natural-person, is you, not in the capacity as an attorney. Any decisions that you make concerning this case, you are making those decisions, i. e. acting in your personal and private-capacity.

If you find that you will need more than the allotted time for your rebuttal, contact Mr. Avila and the C/O address that is given or you may e-mail him at: debt.discharge.arbitration@gmail.com.

**Failure to respond, by the twentieth-day, from the day of your receipt of this demand for the release from the above, alleged tax liens, as required, to settle this matter, return your notice, to:**

John Marques
C/O: DEBT DISCHARGE ARBITRATION SERVICES
10977 HIRSCHFELD WAY,
RANCHO CORDOVA, CALIFORNIA [95670]

**It is incumbent upon You, per your position/office, as a Public Servant (if you are one), as officers of the court to verify the above statements/questions. Verify the validity of the following, as used within this letter/request for information and for the verification, of the following: UNITED STATES Titles: U.S. Codes: Sections: Code of Federal Regulations: Oaths of Office requirements: Statutes: Regulations: Treaties: Internal Organizations Act: Corpus Juris Secundum: Foreign Agents Act of 1938: Administration Procedure Act: Uniform Commercial Code.**

Respectfully: John Marques: _____ : Date: 10/28/2022

9