UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 21-cv-09796-JST |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO FILE OPPOSITION** |
| v. | Re: ECF No. 30 |
| JOHN MARQUES, et al., | |
| Defendants. | |

On August 6, 2025, Plaintiff Securities and Exchange Commission ("SEC") filed a motion to compel Defendant John Marques to respond to its first set of post-judgment requests for the production of documents served on Marques on June 14, 2025. ECF No. 30. The deadline to file an opposition has passed, and no opposition has been filed. Nor has Plaintiff filed the statement of nonopposition that is required when "the party against whom the motion is directed does not oppose the motion." Civil L.R. 7-3(b). By September 5, 2025, Marques shall file an opposition to the motion. The SEC may file a reply by September 12, 2025. If Marques does not file an opposition by September 5, 2025, the Court will grant the SEC's motion.

The hearing currently set for September 18, 2025 is vacated. The Court will schedule a new hearing date if necessary.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
JON S. TIGAR
United States District Judge